Kristin A. Zilberstein, Esq. (200041)
L. Bryant Jaquez, Esq. (252125)
GHIDOTTI BERGER, LLP
1920 Old Tustin Avenue
Santa Ana, CA 92705
Tel: (949) 427-2010
Fax: (949) 427-2732
bjaquez@ghidottiberger.com

Attorneys for Secured Creditor,
U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE LODGE SERIES IV TRUST

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA-RIVERSIDE DIVISION

| | |
|---|---|
| In Re: | CASE NO.: 6:18-bk-19737-MH |
| ABELARDO MAGANA,<br>SANTOS MAGANA,<br><br>Debtors. | CHAPTER 13<br><br>**CONDITIONAL NON-OPPOSITION TO MOTION FOR AUTHORITY TO SELL REAL PROPERTY**<br><br>Honorable Mark D. Houle |

TO ALL PARTIES IN INTEREST AND TO THEIR ATTORNEYS OF RECORD:

U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE LODGE SERIES IV TRUST, its successors and/or assignees, (hereinafter "Secured Creditor"), in the above-

entitled Bankruptcy proceeding, hereby submits the following conditional non-opposition to the motion for authority to refinance the property generally described as 11201 Campbell Avenue, Riverside, CA 92505 (the " Property") filed by Debtors.

On November 16, 2018, Debtors filed the instant Chapter 13 bankruptcy. Secured Creditor holds the first Trust Deed on the Property as evidenced within its proof of claim #10-1 filed on January 25, 2019 and transfer of claim filed on September 18, 2019 evidencing a total claim of $282,296.49.

On October 14, 2019, Debtors filed the instant motion seeking to sell the Property for $360,000.00 and paying Secured Creditor approximately $290,574.00. After review of the Motion, the Secured Creditor has no opposition to the proposed sale of the Property on the condition that Secured Creditor receive its full payoff pursuant to an updated payoff statement through the sale closing date.

Thus, Secured Creditor files this conditional non-opposition to preserve its rights. Secured Creditor is only agreeable to the sale of the Property provided that the order provide that (1) Secured Creditor shall receive its full payoff pursuant to an updated payoff statement good through the sale closing date, (2) identify a reasonable projected closing date, and (3) order Debtors maintain payments in the interim. Further, Secured Creditor requests that any order authorizing the sale provide that Secured Creditor's lien attaches to the proceeds of the sale until such time as the Secured Creditor's lien is fully satisfied from the proceeds of sale.

Dated: October 29, 2019                    Respectfully submitted,

                                                         GHIDOTTI BERGER, LLP
                                                         /s/ L. Bryant Jaquez
                                                         L. Bryant Jaquez, Esq.
                                                         Attorney for Secured Creditor

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
1920 Old Tustin Ave.
Santa Ana, CA 92705

A true and correct copy of the foregoing document entitled (*specify*): **CONDITIONAL NON-OPPOSITION TO MOTION FOR AUTHORITY TO SELL REAL PROPERTY**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On October 29, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Rod Danielson (TR)**     notice-efile@rodan13.com
- **Stacey Lynne Jones**     tidewaterlegal@twcs.com
- **Valerie Smith**     claims@recoverycorp.com
- **Rebecca Tomilowitz**     Rtomilowitz@aol.com
- **United States Trustee (RS)**     ustpregion16.rs.ecf@usdoj.gov
- **Kristin A Zilberstein**     bknotifications@ghidottiberger.com;gbadmin@ecf.courtdrive.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On October 29, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Debtor**: Abelardo Magana, 11201 Campbell Avenue, Riverside, CA 92505
**Joint Debtor**: Santos Magana, 11201 Campbell Avenue, Riverside, CA 92505
**Judge's Copy**: US Bankruptcy Court, Attn: Hon. Mark D. Houle, 3420 Twelfth Street, Suite 365, Riverside, CA 92501-3819

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/29/2019 | Enrique Alarcon | /s/ Enrique Alarcon |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                        **F 9013-3.1.PROOF.SERVICE**