| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Rebecca Tomilowitz, Bar 150127<br>Colmenares & Tomilowitz<br>5800 S Eastern Avenue, Ste 220<br>Commerce, CA  90040<br>(213) 444-1900<br>(213) 444-1899<br>rtomilowitz@aol.com | **FILED & ENTERED**<br><br>**NOV 13 2019**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY hawkinso DEPUTY CLERK<br><br>**CHANGES MADE BY COURT** |
| ☐ *Debtor appearing without attorney*<br>☒ *Attorney for: Debtors*<br>☐ *Chapter 13 trustee* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*RIVERSIDE* DIVISION**

In re:

Abelardo Magana
Santos Magana

Debtor(s).

CASE NO.: 6:18-bk-19737 MH

**ORDER ON:**
☐ **DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**
☐ **DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY**
☒ **DEBTORS' MOTION FOR AUTHORITY TO SELL REAL PROPERTY**
☐ **DEBTOR'S MOTION FOR AUTHORITY TO ENTER INTO LOAN MODIFICATION**
☐ **OTHER:**

☒ No hearing held
☐ Hearing held
DATE:
TIME:
COURTROOM:
PLACE:

Based on Debtor's motion filed on (*date*) 10/14/19 as docket entry number 35, it is ordered that Debtor's motion is:

☐ Granted      ☐ Denied

☒ Granted on the terms set forth in the chapter 13 trustee's comments filed on 10/16/19, docket no 38.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*  Page 1  F 3015-1.14.ORDER.CH13.GENRL

☒ Granted on the conditions set forth in secured creditor U.S. Bank, NA's [hereinafter, "Secured Creditor"] Conditional Non-opposition filed on 11/4/19, as docket no 43.

☐ Set for hearing on (*date*) _____ at (*time*) _____.

###

Date: November 13, 2019

Mark Houle
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                    Page 2                                    **F 3015-1.14.ORDER.CH13.GENRL**